No. 03–6395. WINKE v. OLD REPUBLIC SURETY CO. ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 03–6689. PERRY v. MORRISON, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. ▮▮

No. 03A202. TAYLOR v. BOOKER, WARDEN. Application for a certificate of appealability, addressed to JUSTICE O'CONNOR, and referred to the Court, denied.

No. D–2331. IN RE DISBARMENT OF STEVENS. Disbarment entered. [For earlier order herein, see 536 U. S. 975.]

No. D–2355. IN RE DISCIPLINE OF PIRRO. Albert J. Pirro, Jr., of White Plains, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2356. IN RE DISCIPLINE OF FREIHOFER. William Walter Freihofer, Jr., of Longport, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 03M26. BRANHAM v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.; and
No. 03M28. SHELTON v. WHALEN ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M27. SEAL X v. DANIELS, WARDEN. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.